

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00185-CV

| | | |
|---|---|---|
| Stanwyn J. Carter | § | From the 431st District Court |
| | § | of Denton County (2013-70906-431) |
| v. | § | July 9, 2015 |
| | § | Opinion by Justice Gabriel |
| Tammie J. Perry | § | Dissent by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's summary judgment order is reversed and remanded to the trial court for further proceedings.

It is further ordered that appellee Tammie J. Perry shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
     Justice Lee Gabriel